VALEDÓN ET AL., DEMANDANTES Y APELANTES, *v.* JOSÉ MASOLLER Y CÍA. ET AL., DEMANDADOS Y APELADOS.

Corte de Distrito de Ponce.

No. 3056.—*Visto:* Diciembre 20, 1923. *Resuelto:* Mayo 8, 1924.

Se alegó en este caso que los demandantes eran la viuda e hijos de Ramón Vázquez, de quien dependían para subsistir y quien para cobrar cuentas de la demandada, salió de Ponce en un automóvil guiado por José Masoller, socio de la demandada y demandado también personalmente, y, debido a defectos en el guía y máquina del dicho automóvil, que eran conocidos de los demandados, y a la inexperiencia y falta de cuidado de Masoller, en la carretera, entre Peñuelas y Guayanilla, el automóvil se volcó sufriendo Vázquez lesiones que le ocasionaron la muerte una hora después.

José Masoller a nombre propio y como liquidador de la demandada contestó alegando entre otras cosas que Vázquez fué conducido en el auto, gratis, y a su propio ruego. La contestación describe así el accidente: "de repente, dejó de funcionar el guía y empezó el carro a hacer zig zags y se fué hacia la cuneta y por un barranco a pesar de los grandes esfuerzos que hizo el demandado José Masoller para evitarlo; volcándose el carro y saliendo lesionados Ramón Vázquez Fuentes, Américo Santos y el propio Masoller; falleciendo ese mismo día Ramón Vázquez Fuentes."

La larga prueba documental y testifical presentada por ambas partes fué contradictoria y el Tribunal Supremo, después de analizar y sostener la apreciación de la corte inferior, dijo: Partiendo de esa base, la sentencia se sostiene. Masoller hizo cuanto humanamente pudo para tener su carro en buenas condiciones y no consta que dejara de tomar

las debidas precauciones en el manejo del mismo. El accidente fué súbito y no pudo evitarse. La muerte del causante de los demandantes, se debió a un suceso desgraciado, y no a la negligencia de los demandados. Nada pueden, en tal virtud, sus herederos reclamar.''

Se confirma la sentencia apelada.

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.